IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| MARCUS D. EVANS,<br>ADC #109369 | | PLAINTIFF |
| v. | Case No. 4:20-cv-00173-KGB-JTR | |
| LORENETTA SMITH, Sergeant;<br>TELICIA MOTHERSHED, Sergeant;<br>and M. TAYLOR, Corporal,<br>Varner Unit, ADC | | DEFENDANTS |

## ORDER

Before the Court is a partial recommended disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. No.7). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id*.). Plaintiff Marcus D. Evans may proceed with his Eighth Amendment claim for damages against defendants Lorenetta Smith, Telicia Mothershed, and M. Taylor, in their individual capacities. The Court dismisses without prejudice all of Mr. Evans' other claims. The Court certifies, pursuant to 28. U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be in good faith.

It is so ordered this 19th day of June, 2019.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge