UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARCUS D. EVANS                                                                                           PLAINTIFF
ADC #109369

V.                                        No. 4:20-CV-173-KGB-JTR

LORENETTA SMITH,
Sergeant, Varner Unit, ADC;
TELICIA MOTHERSHED,
Sergeant, Varner Unit, ADC;
MARQUIS TAYLOR,
Corporal, Varner Unit, ADC                                                                           DEFENDANTS

## CONFIDENTIALITY AND PROTECTIVE ORDER

Before the Court is a Motion for Protective Order filed by Defendants Lorenetta Smith, Telicia Mothershed, and Marquis Taylor. *Doc. 71*

1.   The Court recently entered an order compelling discovery and directed Defendants to produce to Plaintiff Marcus Evans' court-appointed counsel specified relevant documents sought by Evans.

2.   Defendants have raised confidentiality and safety concerns regarding Evans' discovery requests.

3.   The Court hereby orders that any materials provided by the Defendants deemed "confidential" or "protected" by the Defendants, shall be prohibited from any further disclosure, dissemination, or review, except as necessary for expert consultation, and that any retained expert also be prohibited from any disclosure,

dissemination, or publication, other than to counsel of record, unless allowed by the Court upon motion by a party.

4. Any disclosure or review of said protected confidential materials, other than to counsel of record, to any retained experts shall require notice to all counsel of record prior to said disclosure for expert review.

5. If it becomes necessary for any party to use any "confidential" or protected" materials in any court filings, the filing party shall seek leave from the Court to file the "confidential" or "protected" materials under seal.

DATED this 14th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE