## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MARCUS D. EVANS,**
**ADC #109369**                                                                           **PLAINTIFF**

**v.**                                    **Case No. 4:20-cv-00173-KGB-JTR**

**LORENETTA SMITH, Sergeant;**
**TELICIA MOTHERSHED, Sergeant;**
**and MARQUIS TAYLOR, Corporal,**
**Varner Unit, ADC**                                                                 **DEFENDANTS**

### ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 68). No objections were filed to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 68). The Court denies without prejudice defendants Lornetta Smith, Telicia Mothershed, and Marquis Taylor's motion for summary judgment (Dkt. No. 56). The Court denies defendants Smith, Mothershed, and Taylor's motion for relief to have defendants' statement of undisputed factors deemed admitted (Dkt. No. 60).

It is so ordered this 1st day of February, 2023.

Kristine G. Baker
United States District Judge