UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARCUS D. EVANS                                                                                      PLAINTIFF
ADC #109369

V.                                  No. 4:20-CV-173-KGB-JTR

LORENETTA SMITH, Sergeant,
Varner Unit, ADC; TELICIA
MOTHERSHED, Sergeant, Varner
Unit, ADC; and MARQUIS
TAYLOR, Corporal, Varner Unit, ADC                                                           DEFENDANTS

## ORDER

For good cause shown, Defendants' unopposed Motion to Extend Dispositive Motions Deadline (*Doc. 83*) is GRANTED. The deadline for the parties to file dispositive motions on the merits is extended to, and including, **June 21, 2023**. Due to the age of this § 1983 case, it is unlikely further extensions of time will be granted.

SO ORDERED, this 19th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE