IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARCUS D. EVANS**                                                                           **PLAINTIFF**

v.                                  Case No. 4:20-cv-00173 KGB

**LORENETTA SMITH,** *et al.*                                                          **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 137). The parties represent that they have entered into a mutual agreement that resolves all claims in the above-captioned case (*Id.*). The joint stipulation of dismissal with prejudice accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice. The action is dismissed with prejudice.

It is so ordered this 28th day of January, 2026.

*[signature]*
_____
Kristine G. Baker
Chief United States District Judge